**EVIDENCE**

Case:
Name: R+W Farms / Richey + Wanda Thompson
Number: 07-80034 / 80035   Adv. #
Hearing Date: 10-8-08

Type of Hearing:

Confirmation of plan

Exhibits:

entire record by reference